No. 99–929. COOK v. GRALIKE ET AL. C. A. 8th Cir. [Certiorari granted, 529 U. S. 1065.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1132. ILLINOIS v. MCARTHUR. App. Ct. Ill., 4th Dist. [Certiorari granted, 529 U. S. 1097.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1240. BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA ET AL. v. GARRETT ET AL. C. A. 11th Cir. [Certiorari granted, 529 U. S. 1065.] Motion of the Solicitor General for divided argument granted.

No. 99–1295. GITLITZ ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. [Certiorari granted, 529 U. S. 1097.] Motion of Real Estate Roundtable for leave to participate in oral argument as *amicus curiae* and for divided argument denied.